741 A.2d 91

IN THE MATTER OF STEVEN T. MULLER,
AN ATTORNEY AT LAW.

December 16, 1999.

## CORRECTED ORDER

The Disciplinary Review Board on July 1, 1999, having filed with the Court its decision concluding that **STEVEN T. MUL-**

**LER** of **BERGENFIELD,** who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **STEVEN T. MULLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.